*Lee Roy & Barbara Murphy*

10033 So. Charles St.
Chicago, IL. 60643
Phone (773) 445-5277
Fax (773) 445-1827
bmu2432119@Aol.com

FILED
JUL 29 2014
JUDGE ANDREA WOOD
U.S. DISTRICT COURT

FILED
JUL 29 2014
JUDGE ANDREA WOOD
U.S. DISTRICT COURT

July 28, 2014

Judge Andrea R. Woods
United States District Courts for the Northern District of Illinois
219 S. Dearborn St. Court room: 1725
Chicago, IL. 60604

Dear Honorable Judge Woods,

On July 12, 2014 you order U.S. Bank to turn over their discovery to my spouse and me since we are Pro-Se. It is July 28th and we have not received any information from the bank. We have contacted and met with an attorney who is waiting to review the documents to see how he can best help us with our case. Bank of America by the merge of La Salle Bank filed this case back on June 6, 2012 these two Banks have had more then enough time to hand over their discovery. Inclosed is a letter we sent to attorney Clinton J. Ind to forward to the mortgage company on what would accept. We are asking that this case be terminated because U.S. Bank and Bank of America by the merge of La Salle Bank nor Ocwen Loan and servicing company hold the title to our Home.

Sincerely,

Lee Roy & Barbara Murphy

Signature

*Lee Roy & Barbara Murphy*