IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| U.S. Bank, NA, as Trustee for Mortgage Pass-Through Certificates 1998-R1, | ) ) ) Case No: 12-cv-4299 |
| Plaintiff, | ) ) Judge: Andrea R. Wood |
| v. | ) ) |
| Leeroy Murphy, Jr.; Barbara N Townsend-Murphy; Rinella and Rinella, Ltd.; Jlynn Pierce; City of Chicago, Department of Water Management, | ) ) ) ) ) |
| Defendants. | ) |

## AGREED STIPULATION OF DISMISSAL WITHOUT PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff and Defendants Leeroy Murphy, Jr. And Barbara N. Tonwsend-Murphy, being the only parties to have appeared in the litigation, through their respective counsel, that the above-captioned action is dismissed, without prejudice as to all defendants pursuant to Federal Rule of Civil Procedure 41. Each party shall bear its own costs and attorney fees.

Dated: May 5, 2015  Respectfully submitted,

By: /s/ *David F. Pustilnik*
David F. Pustilnik
Counsel for Plaintiff
POTESTIVO & ASSOCIATES, P.C.
223 W. Jackson Blvd., Suite 610
Chicago, IL 60606
Telephone: (312) 263-0003
Main Fax: (312) 263-0002

By: /s/ *Theodore Arthur Woerthwein*
Theodore Arthur Woerthwein
Counsel for Defendants
Woerthwein & Miller
70 W. Madison Street
Suite 1515

Chicago, IL 60602
Telephone: (312) 654-0001